James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| WILLIE LOWE<br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　Defendant. | Case No.:　3:13-cv-01269-AA<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $591.83 will be awarded to Plaintiff and mailed to his counsel, James S. Coon at 820 SW 2nd Ave. Ste 200, Portland OR 97204 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset program, *see Astrue v. Ratliff*, 560 U.S. 586 (2010), then the check for EAJA fees shall be made payable to James S. Coon, based on Plaintiff's assignment of these amounts. If Plaintiff has a qualifying debt, then the

check for any funds remaining after offset shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

Dated this 27 day of Aug, 2014.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff